**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **HAWO MOHAMED SIYAD,** | : | |
| | : | **Case No. 2:24-cv-0692** |
| **Plaintiff,** | : | |
| | : | **Chief Judge Algenon L. Marbley** |
| **v.** | : | |
| | : | |
| **UR MENDOZA JADDOU,** *et al.*, | : | |
| | : | |
| | : | |
| **Defendants.** | : | |

**ORDER**

This matter is before this Court on Plaintiff and Defendants' Joint Motion to Stay Proceedings. (ECF No. 7). The parties represent that Defendants are actively working on processing Plaintiff's Form I-730 petitions, which are the basis of Plaintiff's complaint (ECF No. 1). For good cause, the Court **GRANTS** the Motion (ECF No. 7). This case, including all pending case dates and deadlines, is hereby **STAYED** until September 23, 2024.[1] This Court **ORDERS** the parties to apprise this Court as soon as reasonably possible if the status of the proceedings changes prior to the lifting of the stay.

**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY**
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: July 29, 2024**

_____
[1] As a result of this Order, the parties' prior Motion for a stay (ECF No. 6) is **DENIED AS MOOT**.

1