IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **HAWO MOHAMED SIYAD,** | : |
| Plaintiff, | : Case No. 2:24-cv-00692 |
| v. | : Judge Algenon L. Marbley |
| | : Magistrate Judge Kimberly A. Jolson |
| **UR M. JADDOU, Director, United States Citizenship and Immigration Services,** *et al.*, | : |
| Defendants. | : |

### ORDER

This matter comes before this Court on the parties' joint motion to extend the existing stay in this matter until July 31, 2025 ("Joint Motion"). (ECF No. 15). On April 21, 2024, this Court granted a motion to extend the stay in this case until May 30, 2025, to allow time to analyze recent relevant District Court and Appellate Court decisions and an Executive Order. (ECF No. 14). The additional time was granted so that the parties may determine if they may continue processing Plaintiff's Form I-730 petitions. (*Id.*). Parties now request an additional 60-day extension "to confirm a pause, or the resumption of processing of I-730 beneficiary visas," particularly in light of an Executive Order and relevant district and appellate court decisions. (*Id.*).

For good cause shown, this Court **GRANTS** the Joint Motion (ECF No. 15) and **STAYS** this matter until July 31, 2025. The parties are further **ORDERED** to file a joint status report on or before July 31, 2025, apprising the Court of the status of this case. In lieu of the joint status report, the parties may file a joint stipulation of dismissal or motion to lift the stay, as appropriate.

**IT IS SO ORDERED.**

_____
ALGENON L. MARBLEY
**DATED: May 30, 2025**          UNITED STATES DISTRICT JUDGE