# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **HAWO MOHAMED SIYAD,** | : |
| Plaintiff, | : Case No. 2:24-cv-00692 |
| v. | : JUDGE ALGENON L. MARBLEY |
| **UR M. JADDOU, Director, United States Citizenship and Immigration Services,** *et al.*, | : |
| | : Magistrate Judge Kimberly A. Jolson |
| Defendants. | : |

## ORDER

This matter is before this Court on the parties' Joint Motion for an Extension of Stay pending the parties' confirmation of a pause, or the resumption of processing of I-730 beneficiary visas pursuant to Executive Order 14163 and resulting court opinions. (ECF No. 17). The parties represent that Defendant, United States Citizenship and Immigration Services is unable to resume processing Plaintiff's petitions until the U.S. Refugee Admissions Program resumes. (*Id*. at 6). Having considered the parties' arguments, the motion to extend the stay (ECF No. 17) is **GRANTED**, extending the stay until **November 3, 2025**. The parties are **DIRECTED** to file a joint status report on or before **November 3, 2025**, updating this Court on the status of this case.

    IT IS SO ORDERED.

                                                                            **ALGENON L. MARBLEY**
                                                                            **UNITED STATES DISTRICT JUDGE**

**DATED: OCTOBER 14, 2025**